[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11228
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00061-KD-B-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL TREVINO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 31, 2017)

Before HULL, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Arthur Madden, III, appointed counsel for Miguel Trevino in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Trevino's conviction and sentence are **AFFIRMED**.